IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
ANONYMOUS,                        )
                                  )
     Plaintiff,                   )    8:04CV269
                                  )
     v.                           )
                                  )
GORDON KEENE VELLA, etc.,         )
et al.,                           )    ORDER
                                  )
     Defendants.                  )
```

IT IS ORDERED,

Defendant Vella's motion for time, filing 133, is granted and the deadline for defendant Vella to make R. 26 disclosures and to respond to certain discovery requests is extended to May 25, 2005.

Dated May 23, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge