IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANONYMOUS,                                              CASE NO:  8:04-CV-269

          Plaintiff,

v.                                                                          **ORDER**

GORDON KEENE VELLA, FELLOWSHIP BAPTIST CHURCH, a nonprofit corporation, BAPTIST BIBLE FELLOWSHIP INTERNATIONAL, a nonprofit corporation; and NEW HOPE BAPTIST CHURCH, a nonprofit corporation,

          Defendants.

This matter came before the court on the joint stipulation (ECF #134) of the parties.  The court finds that the same should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the deadline for Defendants to identify experts with full reports is continued until further order of this court.

DATED this 24th day of May, 2005.

          BY THE COURT

          s/ *David L. Piester*

          David L. Piester
          United States Magistrate Judge