IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, | ) | |
| BAPTIST BIBLE FELLOWSHIP | ) | |
| INTERNATIONAL, A Non-Profit | ) | |
| Corporation, and | ) | |
| NEW HOPE BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's motion for default judgment against defendant New Hope Baptist Church for failure to file a responsive pleading (filing 130). Shortly after the filing of the motion, defendant New Hope Baptist Church filed an answer (filing 136). I will deny the motion for default judgment as moot.

Accordingly,

IT IS ORDERED that the motion for default judgment against defendant New Hope Baptist Church (filing 130) is denied as moot.

DATED June 10, 2005.                BY THE COURT:

                                    Richard G. Kopf
                                    United States District Judge