```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| BAPTIST BIBLE FELLOWSHIP | ) | |
| INTERNATIONAL and NEW HOPE | ) | |
| BAPTIST CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The "withdrawal" of counsel for defendant Baptist Bible Fellowship International, construed as a motion to withdraw, is granted, effective upon the filing of a certificate of service or affidavit showing that a copy of this order has been served on defendant Baptist Bible Fellowship International.

DATED this 13th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge