IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANONYMOUS,                          )
                                    )
            Plaintiff,              )            8:04CV269
                                    )
      v.                            )
                                    )
GORDON KEENE VELLA,                 )            ORDER
FELLOWSHIP BAPTIST CHURCH,          )
BAPTIST BIBLE FELLOWSHIP and        )
NEW HOPE BAPTIST CHURCH,            )
                                    )
            Defendants.             )
                                    )

      IT IS ORDERED:

      The motions by plaintiff and by defendant New Hope Baptist
church to continue the deadline for summary judgment motions,
filings 145 and filing 146, are granted.  The deadline for filing
motions for summary judgment is extended for 60 days.

      DATED this 29th day of July, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge