```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

ANONYMOUS,                       )
                                 )
              Plaintiff,         )        8:04CV269
                                 )
       v.                        )
                                 )
GORDON KEENE VELLA,              )        ORDER
FELLOWSHIP BAPTIST CHURCH,       )
BAPTIST BIBLE FELLOWSHIP and     )
NEW HOPE BAPTIST CHURCH,         )
                                 )
              Defendants.        )
                                 )

Upon consideration of the plaintiff's motion for additional time in which to respond to the motion for summary judgment filed by Baptist Bible Fellowship International, and the response to the plaintiff's motion,

IT IS ORDERED:

The motion, filing 154, is granted in part, and the plaintiff's response to the motion for summary judgment filed by Baptist Bible Fellowship International shall be filed on or before September 16, 2005.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge