```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| BAPTIST BIBLE FELLOWSHIP, and | ) | |
| NEW HOPE BAPTIST CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To allow plaintiff to respond and to allow the court to consider the defendant New Hope Baptist Church's motion to quash,

IT IS ORDERED,

The deposition is continued until the court has resolved the motion.

DATED this 8th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge