IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, | ) | |
| BAPTIST BIBLE FELLOWSHIP | ) | |
| INTERNATIONAL, A Non-Profit | ) | |
| Corporation, and | ) | |
| NEW HOPE BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the motion of Baptist Bible Fellowship International, Inc. (BBFI) for summary judgment (filing 149). Plaintiff's counsel orally represented to the court that Plaintiff desires that the court grant BBFI's motion and subsequently filed a response indicating that Plaintiff does not contest BBFI's motion (filing 164).

In light of the foregoing,

IT IS ORDERED:

1. BBFI's motion for summary judgment (filing 149) is granted and Plaintiff shall take nothing as against defendant BBFI; and

2.	There being no just reason for delay, a Fed. R. Civ. P. 54(b) judgment shall be entered by separate order in favor of BBFI and against Plaintiff.

September 14, 2005.                     BY THE COURT:

*s/Richard G. Kopf*
United States District Judge