```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| FELLOWSHIP BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation; and | ) | |
| BAPTIST BIBLE FELLOWSHIP | ) | |
| INTERNATIONAL, | ) | |
| A Non-Profit Corporation; and | ) | |
| NEW HOPE BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing 166, is granted and plaintiff is given twenty-one (21) days to file a brief in opposition to the motion to quash deposition filed by defendant New Hope.

DATED this 14th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge