IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, and | ) | |
| NEW HOPE BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

A motion for summary judgment filed by Fellowship Baptist Church is pending. Plaintiff has filed a motion for an extension of time to reply to this motion (filing 180). Although Fellowship Baptist Church initially objected to the motion for extension (filing 181), it has now withdrawn its objections (filing 182). I will grant Plaintiff's motion for extension, and Plaintiff's response to Fellowship Baptist Church's motion shall be filed on or before November 12, 2005. Any reply brief shall be filed within 5 days of Plaintiff's responsive brief.

Defendant Vella has filed a motion for leave to extend the time for filing a motion for summary judgment, which represents that Plaintiff's counsel has no objection to Vella's request for one additional day in which to file a motion for summary judgment. (Filing 186.) I will grant the motion.

Accordingly,

IT IS ORDERED:

1. The motion in filing 180 is granted, and Plaintiff shall have until November 12, 2005 to file its response to Fellowship Baptist Church's motion for summary judgment.

2. The motion in filing 186 is granted, and defendant Vella's joinder in the motions for summary judgment filed by the other two remaining defendants (filing 185) is deemed to be timely filed.

3. The Clerk shall adjust its computer-assisted record-keeping system to reflect that defendant Vella joins in the summary judgment motions in filings 171 and 183.

4. The Clerk shall adjust its computer-assisted record-keeping system to change the ripe date for Fellowship Baptist Church's motion for summary judgment to the date 5 days after November 12, 2005.

September 30, 2005.                BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge

-2-