IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, and | ) | |
| NEW HOPE BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's motion for more time to respond to New Hope Baptist Church's motion for summary judgment. I find that the motion should be granted and will give Plaintiff an additional sixty days to file a responsive brief.

IT IS ORDERED that the motion in filing 189 is granted and the date for Plaintiff's brief to be filed in response to New Hope's motion for summary judgment (filing 183) is extended by 60 days.

September 14, 2005.                          BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge