IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| BAPTIST BIBLE FELLOWSHIP, and | ) | |
| NEW HOPE BAPTIST CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 196 be stricken from the record for the following reason(s):

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 196 from the record.

DATED this 17th day of October, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge