IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| A Non-Profit Corporation, and | ) | |
| NEW HOPE BAPTIST CHURCH, A | ) | |
| Non-Profit Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's "Motion for Continuation of Date to File Brief in Opposition to Defendant New Hope Baptist Church's Motion for Summary Judgment" (filing 200).[1]  By October 5, 2005 order (filing 190), Plaintiff was granted a sixty-day extension of the deadline for filing its brief opposing the New Hope (and Vella) motion for summary judgment (the "Opposing Brief"). This extended the deadline for submission of the Opposing Brief to December 19, 2005.

To the extent that the motion in filing 200 seeks an extension or clarification of the time to file evidentiary materials supporting the opposing brief, I will grant it. I will otherwise deny it. I will not extend the deadline for submission of the Opposing Brief past December 19, 2005.

---

[1] Defendant Vella has joined in New Hope Baptist Church's motion for summary judgment as well as Fellowship Baptist Church's motion for summary judgment. (Filing 187.)  To clarify all deadlines, I note that the deadline for Plaintiff's brief opposing the Fellowship Baptist Church (and Vella) motion for summary judgment, as well as submission of supporting evidentiary materials, remains November 12, 2005.  See filing 187.

IT IS ORDERED:

1. The motion in filing 200 is granted to the extent it seeks an extension or clarification of the deadline for filing evidentiary materials supporting Plaintiff's Opposing Brief. Such evidentiary materials must be filed on December 19, 2005 or the date the Opposing Brief is actually served on Plaintiff, whichever is earlier.

2. The motion in filing 200 is otherwise denied. The deadline for submission of the Opposing Brief remains December 19, 2005.

October 19, 2005.                               BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge