```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| FELLOWSHIP BAPTIST CHURCH, | ) | |
| BAPTIST BIBLE FELLOWSHIP, and | ) | |
| NEW HOPE BAPTIST CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 22, 2005, the plaintiff filed a motion to compel, filing 174. On October 11, 2005, defendant Vella filed an "Agreed Motion to Stay Plaintiff's Motion to Compel," filing 194, and therein advised the court that the parties were attempting to resolve their discovery disputes. Defendant Vella requested the court to "stay Plaintiff's Motion to Compel for fourteen (14) days so that the parties can continue to attempt an agreed resolution of outstanding discovery issues." Filing 194. Although the record reflects that discovery is on-going, the parties have not advised the court as to whether the issues raised by the plaintiff's filing 174 motion to compel have been resolved.

IT THEREFORE HEREBY IS ORDERED: The plaintiff is given until November 1, 2005 to advise the court as whether the filing 174 motion to compel is fully resolved, and if not, file a statement outlining those issues remaining, in the absence of which the filing 174 motion to compel will be deemed abandoned.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge