```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion to continue the scheduled settlement conference. Filing 233. The plaintiff has orally advised the court that the motion is unopposed.

IT THEREFORE HEREBY IS ORDERED:

1. Defendant Vella's unopposed motion to continue the settlement conference, filing 233, is granted.

2. The settlement conference, currently set for August 15, 2006, is continued. The settlement conference shall be held before the undersigned with counsel and representatives of the parties on September 18, 2006 at 9:00 a.m. in chambers, 566 Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

3. All other provisions of the court's prior settlement conference order, filing 227, remain in effect.

DATED this 27th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge