```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| GORDON KEENE VELLA, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The motion of counsel for **defendant Gordon Keene Vella** to withdraw, filing 238, is granted, effective upon the filing of a certificate of service or affidavit indicating that **defendant Gordon Keene Vella** has been served with a copy of this order.

2. **Defendant Gordon Keene Vella** is given twenty (20) days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.  If none of these actions is taken within the next twenty days, this case will be subject to dismissal.

DATED this 6th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge