```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

ANONYMOUS,                        )
                                  )
            Plaintiff,             )          8:04CV269
                                  )
      v.                           )
                                  )         **SECOND AMENDED**
GORDON KEENE VELLA, et al.,        )             ORDER
                                  )
            Defendants.            )
                                  )

  IT IS ORDERED:

  1. The motion of counsel for defendant Gordon Keene Vella to withdraw, filing 238, is granted, effective upon the filing of a certificate of service or affidavit indicating that defendant Gordon Keene Vella has been served with a copy of this second amended order.

  2. Defendant Gordon Keene Vella is given twenty (20) days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.

  DATED this 6th day of December, 2006.

                           BY THE COURT:

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge