```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

ANONYMOUS,                        )
                                  )
                Plaintiff,        )        8:04CV269
                                  )
      v.                          )
                                  )
GORDON KEENE VELLA,               )        ORDER
                                  )
                Defendant.        )
                                  )
```

Upon consideration of the defendant's motion for extension of time to disclose expert witnesses, AND other timing considerations,

IT IS ORDERED:

1. The motion, filing 257, is granted in part, and

   a. Defendant Vella is given until close of business on February 23, 2007 to disclose ONE expert witness, making all disclosures provided for in Fed. R. Civ. P. 26(a)(2).

   b. Defendant shall make the expert witness disclosed pursuant to the previous subparagraph available for deposition by plaintiff's counsel in Lincoln, Nebraska on or before March 9, 2007.

The motion is denied in all other respects.

2. IN ADDITION, ON THE COURT'S OWN MOTION, and in light of the limited time remaining before the trial,

IT IS FURTHER ORDERED, Defendant shall file his response to the pending motion to compel, filing 250, on or before February 12, 2007.

DATED this 1st day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge