IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's motion for enlargement of time for trial (filing 271). This is the defendant's second motion seeking continuance of the trial. (See filing 248.) I denied the prior motion (filing 256), and will deny this motion as well and for the same reason: This case will be nearly three years old by the time of the April 23, 2007 trial date.

IT IS ORDERED that the motion for enlargement of time for trial (filing 271) is denied.

March 2, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge