```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Three discovery motions are pending before me, including: 1) the defendant's motion to quash the plaintiff's subpoena to be served on defendant Vella's employer, CB Richard Ellis, Inc., filing 263; 2) the defendant's motion for mental examination of the plaintiff, filing 266; and 3) the plaintiff's motion to strike defendant's expert witness, Dr. J. Alexander Bodkin, filing 268.  Trial of this case is set to commence on April 23, 2007.  See filing 273.  Accordingly,

IT IS ORDERED:  Pursuant to the authority granted under NEGenR 1.1 (c), the deadlines for filing responses to these motions is accelerated as follows:

a.  Any response to the plaintiff's motion to strike the defendant's expert, filing 268, shall be filed on or before 5:00 p.m. on March 6, 2007.  No reply brief shall be filed.

b.  Defendant's reply, if any, to the plaintiff's brief opposing defendant's motion to quash (filing 263) and motion for mental examination (filing 266), shall be filed on or before 5:00 p.m. on March 6, 2007.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge