```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

ANONYMOUS,                       )
                                 )
            Plaintiff,           )        8:04CV269
                                 )
       v.                        )
                                 )
GORDON KEENE VELLA,              )        ORDER
                                 )
            Defendant.           )
                                 )
```

IT IS ORDERED:

The pretrial conference order is amended to provide that the trial shall commence at 9:00 a.m. on **Tuesday, April 24, 2007.**

DATED this 29th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge