IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defense counsel's motion to withdraw (filing 284) is denied.

2. Ruling on Plaintiff's motion and amended motion for sanctions (filings 275, 278) is deferred until the time of trial, except that the court finds that Defendant has failed to comply with the court's order that was entered on February 21, 2007 (filing 265).

3. Defendant shall serve answers to Plaintiff's interrogatories in proper form, and without any objection, and shall file a certificate of service no later than 4:00 p.m. today.

4. Plaintiff's counsel shall be prepared to advise the court at the conference in chambers immediately prior to the start of trial on Tuesday, April 24, 2007, (a) whether Defendant has provided satisfactory answers to interrogatories, and (b) the reasonable amount of Plaintiff's attorney fees associated with the motion and amended motion for sanctions.

April 20, 2007.                                BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge