IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's "motion for new trial and motion for judgment notwithstanding the verdict" (filing 324), treated as a renewed motion for judgment as a matter of law under Fed. R. Civ. P. 50(b), and also as a motion for a new trial under Fed. R. Civ. P. 59, is denied in all respects.

May 30, 2007.                                        BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge