IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's "motion to stay order of judgment" (filing 338), which the court construes as a motion for stay of execution without bond, is denied.

June 26, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge