IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANONYMOUS, ) | |
| ) | |
| Plaintiff, ) | 8:04CV269 |
| ) | |
| v. ) | |
| ) | |
| GORDON KEENE VELLA, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

The Judgment Debtor's request for hearing, filing 344, is granted and the matter shall be heard before the undersigned on July 26, 2007 at 10:30 a.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 10th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge