```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| V. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff has filed a writ of execution. Filing 349. The defendant has requested a hearing regarding whether certain of his assets are exempt from execution and garnishment or to challenge whether he owes the amount on the judgment. Filing 350.

IT IS ORDERED:

The Judgment Debtor's request for hearing, filing 350, is granted and the matter shall be heard before the undersigned on July 26, 2007 at 10:30 a.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 16th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge