IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON KEENE VELLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of pending matters,

IT IS ORDERED:

1. The motion to withdraw filed by attorney Craig C. Cunningham, filing 389, is granted.

2. The motion to withdraw motion for judgment, filing 387, is granted, and the motion for judgment against garnishee, filing 368, is deemed withdrawn.

3. Plaintiff's motion for order directing garnishee to pay monies into the court, filing 386, is granted. Garnishee CB Richard Ellis Inc. shall pay to the court for distribution to the plaintiff the sum of $288.46. Further, pursuant to Neb. Rev. Stat. § 25-1056, the garnishment is a continuing lien against the non-exempt earnings[1] of the judgment debtor and shall continue for a period of ninety days from August 7, 2007. The interrogatories previously served shall be deemed continuing, and the garnishee shall file answers for them as applicable for each ensuing pay period, and the non-exempt wages, including commissions, shall be paid into the court for each such pay period until expiration of this order.

---

[1] The judgment debtor has previously been found by the court not to be a "head of a family" under Neb. Rev. Stat. § 25-1558.

DATED this 15th day of August, 2007.

                                     BY THE COURT:

                                     s/ *David L. Piester*
                                     David L. Piester
                                     United States Magistrate Judge