IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for leave to amend brief (filing 406) is granted, as follows:

1. On or before October 12, 2007, Plaintiff shall file and serve an amended brief in the form attached to the motion as Exhibit A.
2. Defendant shall have until October 29, 2007, to respond to the amended brief.
3. Plaintiff's previously filed brief (filing 400) is stricken.

October 9, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge