IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GORDON KEENE VELLA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for enlargement of time (filing 420) is granted, and Defendant shall have until November 19, 2007, to file a reply brief in support of Defendant's motion for relief from judgment (filing 399).

November 1, 2007.              BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge