IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV269 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| GORDON KEENE VELLA, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has filed a notice of conditional withdrawal of defendant's Rule 60 motion (filing 430). The defendant wishes to know whether I am inclined to grant plaintiff's motion to vacate judgment and verdict and to dismiss with prejudice (filing 429). I am inclined to grant the plaintiff's motion. Therefore,

IT IS ORDERED that the defendant shall promptly notify me when I have jurisdiction to grant the plaintiff's motion, in light of the fact that jurisdiction currently resides with the Court of Appeals.

December 12, 2007.            BY THE COURT:

                              *S/Richard G. Kopf*
                              United States District Judge