IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANONYMOUS, | ) | Case No. 8:04CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **PLAINTIFF'S RULE 60(b) MOTION** |
| GORDON KEENE VELLA. | ) | **AND DISMISSING WITH** |
| | ) | **PREJUDICE** |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Vacate Judgment and Verdict and to Dismiss with Prejudice ("Plaintiff's Motion"). (Filing No. 429.) I find that the motion shall be granted and that the Court has jurisdiction to enter such an order following the Court of Appeals' remand for the purpose of entering such an order.

IT IS ORDERED that the Judgment (Filing No. 313) and the Jury Verdict (Filing No. 317) are vacated pursuant to Fed. R. Civ. P. 60(b).

IT IS FURTHER ORDERED that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

December 14, 2007.       BY THE COURT:

            s/ *Richard G. Kopf*

            United States District Judge