```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

ANONYMOUS,                        )
                                  )
            Plaintiff,            )        8:04CV269
                                  )
      v.                          )
                                  )
GORDON KEENE VELLA,               )        ORDER
                                  )
            Defendant.            )
                                  )
```

IT IS ORDERED:

Garnishee's motion, filing 431, to set aside garnishment order is granted and the order dated August 15, 2007, filing 390, is vacated and set aside.

DATED this 21st day of December, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge